ORIGINAL



RECEIVED
APR 1 0 2025
U.S. Marshals
Eastern Oklahoma

OKED 442 (Rev. 09/15)

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  CR-25-55-RAW |
| JIMCY MCGIRT | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
**JIMCY MCGIRT**                                                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Failure to Register as a Sex Offender
Ct. 2: Failure to Register as a Sex Offender
Ct. 3: Failure to Register as a Sex Offender
Ct. 4: Failure to Register as a Sex Offender

DATE: 04/09/2025
Muskogee, Oklahoma

*WARRANT ISSUED:*
BONNIE HACKLER, Clerk

By: _____
*Deputy Clerk*

---

**Return**

This warrant was received on *(date)* 4/10/25 , and the person was arrested on *(date)* 4/10/25
at *(city and state)* USMS EIOK .

Date: 4/10/25

FILED
APR 11 2025

_____
*Arresting officer's signature*

Christopher Ragusico  USM
*Printed name and title*

BONNIE HACKLER
Clerk, U.S. District Court
By _____
Deputy Clerk